**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-449-000**

**Effective Date of Registration:**
March 18, 2025
**Registration Decision Date:**
June 13, 2025

## Title

Title of Work: Double Lump

## Completion/Publication

Year of Completion: 2024
Date of 1st Publication: August 29, 2024
Nation of 1st Publication: United States

## Author

- Author: Virgil Smith
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Virgil Smith
1909 state route 29, Little Falls, NY, 13365, United States

## Certification

Name: Daniel Lachman
Date: March 18, 2025

Page 1 of 1