**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Virgil Smith | ) | |
| | ) | Case No. 26-cv-2759 |
| v. | ) | |
| | ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Beth W. Jantz |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff by and through its undersigned counsel, respectfully request that they be given leave to file their brief in support of Plaintiff's Amended *Ex Parte* Motion For Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (3) Service of Process by Email Order (collectively, the "Ex Parte Application for TRO") in excess of 15 pages.

Plaintiff's *Ex Parte* Motion for a TRO includes four (4) separate Motions regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each separate Motion that should be considered. Plaintiff's brief is 29 pages, which is substantially less than the 75 page limit allowed if all four motions were filed separately. Plaintiff, therefore, respectfully requests that they be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

Dated: March 19, 2026                    Respectfully submitted,


                                        By:    s/David Gulbransen/

David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com